IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CRISTHIAN MARES GARCIA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:26-cv-202 (LMB/IDD) |
| | ) | |
| KRISTI NOEM, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

For the reasons stated in open court, petitioner's Motion to Enforce Judgment, [Dkt. No. 8], is GRANTED, and it is hereby

ORDERED that petitioner be promptly released from custody, with all his personal property so that he may receive a new bond hearing before an Immigration Judge; and it is further

ORDERED that by March 13, 2026, the federal respondents provide petitioner with an individualized, constitutionally compliant bond hearing pursuant to 8 U.S.C. § 1226(a).  As stated in open court, a bond hearing fails to comport with due process where an Immigration Judge relies on considerations that would lead to an automatic denial of bond in most, if not all, cases or on considerations that are not rationally related to whether a petitioner is a flight risk or danger to the community; and it is further

ORDERED that by March 17, 2026, the federal respondents file a status report with the Court stating whether petitioner has been granted bond, and, if his request for bond was denied, the reasons for that denial.

The Clerk is directed to forward a copy of this Order to counsel of record and close this civil action.

Entered this 6 day of March, 2026.

Alexandria, Virginia

/s/

Leonic M. Brinkema
United States District Judge